**Order entered August 21, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00872-CV

## IN THE INTEREST OF L.M.C AND E.H.C., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54113-2010**

## ORDER

Before the Court is appellee's August 2, 2013 motion to dismiss the appeal and motion to reconsider this Court's order granting appellant's motion for an extension of time to file a notice of appeal and appellant's response. Appellee contends the appeal should be dismissed because appellant was late in paying the filing fee, has not filed a docketing statement, failed to serve appellee's counsel with the notice of appeal and extension motion, and failed to pay for the clerk's record. We note that all fees have been paid and the clerk's record is due on September 23, 2013.

With respect to the motion to reconsider, appellee complains that counsel was not served with a copy of the notice of appeal. The notice of appeal reflects that a copy was sent to appellee's trial counsel. Appellee retained new counsel for the appeal. Appellee also complains that statements in the extension motion as to when appellant acquired actual knowledge of the judgment are inaccurate. In his response, appellant maintains the statements are true.

We **DENY** appellee's motion to dismiss and to reconsider this Court's order granting appellant an extension of time to file a notice of appeal. We caution appellant that he must serve appellee's counsel with a copy of all documents filed, other than the record. *See* TEX. R. APP. P. 9.5(a).

/s/     ELIZABETH LANG-MIERS
          JUSTICE